UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ROSCOE CHAMBERS,

    Plaintiff,

v.

DR. ALLEN, JAMES CROSS, DR. KRUSE, PA SCHNEIDER, MS. POLLMAN, and DR. DOUGLAS,

    Defendant.

Case No. 17-cv-996-JPG-RJD

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Roscoe Chambers' claims in this case against defendants Dr. Allen and Dr. Douglas are dismissed without prejudice; and

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of defendants James Cross, Dr. Kruse, PA Schneider and Ms. Pollman and against plaintiff Roscoe Chambers; that these claims are dismissed with prejudice.

**DATED:** November 19, 2018

                                  **MARGARET M. ROBERTIE, Clerk of Court**

                                  **s/Tina Gray, Deputy Clerk**


**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**